### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**KAREN E. HENDERSON,**

      **Plaintiff,**

**v.**                              **Case No. 3:22cv9586-TKW-HTC**

**WELLS FARGO CLEARING SERVICES,
LLC. F/K/A WELLS FARGO ADVISORS,
LLC. F/K/A WACHOVIA SECURITIES,
LLC.,**

      **Defendant.**

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KAREN E. HENDERSON ("Plaintiff") and Defendant, WELLS FARGO CLEARING SERVICES, LLC ("Defendant"), have agreed to settle and compromise all claims in the above-captioned action. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of this action.

Each party will bear its own costs and expenses relating to this action (including attorneys' fees, expert fees, and expenses).

CARVER, DARDEN, KORETZKY,
TESSIER, FINN, BLOSSMAN &
AREAUX LLC

By:    */s/ Robert S. Rushing*
       Robert S. Rushing, Esquire
       Florida Bar No.: 0013946
       rushing@carverdarden.com
       Travis M. Morock, Esquire
       Florida Bar No.: 0118823
       morock@carverdarden.com
       William R. Hahn, Esquire
       Florida Bar No.: 1025424
       hahn@carverdarden.com
       151 West Main Street, Suite 200
       Pensacola, Florida 32502
       Telephone: (850) 266-2300
       Attorneys for Plaintiff

BRESSLER, AMERY & ROSS, P.C.

By:    */s/ Leonel Peraza*
       Sara Soto. Esq.
       Florida Bar No. 265152
       Leonel Peraza, Jr., Esq.
       Florida Bar No. 0099089
       200 S. Biscayne Blvd., Suite 2401
       Miami, Florida 33131
       Telephone: (305) 501-5485
       Facsimile: (305) 501-5499
       Primary Email: ssoto@bressler.com
       Primary Email: lperaza@bressler.com
       Secondary Email:
       ktoulon@bressler.com
       Secondary Email:
       mgomez@bressler.com
       Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed via the Court's CM/ECF system on November 10, 2022 and served on all counsel of record via the Court's CM/ECF system.

/s/ Robert S. Rushing
Robert S. Rushing, Esq.