# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**KAREN E. HENDERSON**,

     **Plaintiff**,

**v.**                         **Case No. 3:22cv9586-TKW-HTC**

**WELLS FARGO CLEARING
SERVICES, LLC**,

     **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the parties' stipulation of dismissal with prejudice (Doc. 20), it is

**ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 14th day of November, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**